**Aaron J. Potter**, OSB No. 992003
E-mail: ajp@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

<u>Of Attorneys for Defendant Alliant Systems, LLC</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP UK LIMITED, as Subrogees of Providence St. Joseph Health; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON Subscribing to Policy No. BOWPN190046, as Subrogees of Providence St. Joseph Health; and PROVIDENCE ST. JOSEPH HEALTH, <br><br> Plaintiffs, <br><br> v. <br><br> A.O. SMITH CORPORATION; ALLIANT SYSTEMS, LLC; and DOES 1 through 15, <br><br> Defendants. | Case No: 3:21-CV-00401-JR <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs American International Group UK Limited, as Subrogees of Providence St. Joseph Health; Certain Underwriters at Lloyd's of London Subscribing to Policy No. BOWPN190046, as Subrogees of Providence St. Joseph Health; and Providence St. Joseph Health, and Defendant Alliant Systems, LLC, hereby stipulate that this case and all claims herein are dismissed with prejudice and without costs or attorneys' fees as to Alliant Systems, LLC only.

Page 1 – **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**HART WAGNER LLP**
**Twentieth Floor**
**1000 S.W. Broadway**
**Portland, Oregon 97205**
**Telephone:(503) 222-4499**
**Fax: (503) 222-2301**

| THOMAS C. PATTON, P.C. | HART WAGNER LLP |
|---|---|
| /s/ Thomas C. Patton<br>Thomas C. Patton, OSB No. 963889<br>tom@tompattonlaw.com<br>David R. Denton, Pro Hac Vice pending<br>DDenton@dt-law.com<br>Attorneys for Plaintiffs | /s/ Aaron J. Potter<br>Aaron Potter, OSB No. 992003<br>ajp@hartwagner.com<br>Attorneys for Defendant Alliant Systems, LLC |
| DATED:   April 6, 2021 | DATED:   April 6, 2021 |

## **ORDER**

The stipulation is approved.  This case and all claims herein are dismissed as to Alliant Systems, LLC only, with prejudice and without costs or attorneys' fees to either parties.

IT IS SO ORDERED this _____ day of _____, 2021.

_____

Page 2 – **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**HART WAGNER LLP**
**Twentieth Floor**
**1000 S.W. Broadway**
**Portland, Oregon 97205**
**Telephone:(503) 222-4499**
**Fax: (503) 222-2301**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of April, 2021, I served the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**, on the following party at the following address:

Thomas C. Patton
Thomas C. Patton, P.C.
8 N. State St., Ste. 301
Lake Oswego, OR  97034

David R. Denton
Denenberg Tuffley, LPPC
1900 Avenue of the Stars, Suite 300
Los Angeles, CA  90067
    Attorneys for Plaintiff

Heather C. Beasley
Davis Rothwell Earle & Xochihua P.C.
200 SW Market Street, Suite 1800
Portland, OR  97201
Email:  hbeasley@davisrothwell.com
    Of Attorneys for Defendant A.O. Smith Corporation

by eservice/emailing and mailing to them a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to them at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

                                        */s/ Aaron J. Potter*
                                      Aaron J. Potter, OSB No. 992003

Page 1 –  **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
**Twentieth Floor**
**1000 S.W. Broadway**
**Portland, Oregon 97205**
**Telephone:(503) 222-4499**
**Fax: (503) 222-2301**