IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMERICAN FIRE & CASUALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br>   v.<br><br>A.O. SMITH CORP.,<br><br>           Defendant,<br>   v.<br><br>DEERING MANAGEMENT GROUP, INC.,<br><br>           Third-Party Defendant. | Case No.:  3:21-cv-00607-AN (Consolidated with Case No. 3:21-cv-00401-AN)<br><br>LIMITED JUDGMENT |
| AMERICAN INTERNATIONAL GROUP UK LIMITED, as Subrogees of Providence St. Joseph Health, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, Subscribing to Policy No. BOWPN190046, as Subrogees of Providence St. Joseph Health, and PROVIDENCE ST. JOSEPH HEALTH,<br><br>           Plaintiffs,<br>   v.<br><br>DOES 1 THROUGH 15,<br><br>           Defendants,<br>   v.<br><br>A.O. SMITH CORP.,<br><br>           Defendant/Third-Party Plaintiff,<br>   v.<br><br>DEERING MANAGEMENT GROUP, INC.,<br><br>           Third-Party Defendant/Fourth-Party Plaintiff,<br>   v. | |

1

ALLIANT SYSTEMS, LLC, SERVICE MASTER
COMMERCIAL SOLUTIONS, LLC, and
DETEMPLE COMPANY, INC.,

       Fourth-Party Defendants.

       Pursuant to the parties' Stipulated Notice of Limited Judgment of Dismissal of Fourth-Party Defendant Alliant Systems LLC, ECF [103], all remaining claims against Fourth-Party Defendant Alliant Systems, LLC, including but not limited to the pending cross-claim by A.O. Smith Corporation and the Deering Management Group, Inc.'s pending Fourth-Party Complaint, are DISMISSED with prejudice and without fees or attorney's costs to any party.

       DATED this 24th day of July, 2023.

                                      Adrienne Nelson
                                      United States District Judge