UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| AMERICAN FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>A.O. SMITH CORP.,<br><br>    Defendant. | Case No.: 3:21-cv-00607-AN (Consolidated with Case No.: 3:21-cv-00401-AN)<br><br>JUDGMENT |
| AMERICAN INTERNATIONAL GROUP UK LIMITED, as Subrogees of Providence St. Joseph Health, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, Subscribing to Policy No. BOWPN1900046, as Subrogees of Providence St. Joseph Health, and PROVIDENCE ST. JOSEPH HEALTH,<br><br>    Plaintiffs,<br><br>v.<br><br>DOES 1 THROUGH 15,<br><br>    Defendants,<br><br>v.<br><br>A.O. SMITH CORP.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>DEERING MANAGEMENT GROUP, INC.,<br><br>    Third-Party Defendant/Fourth-Party Plaintiff, | |

1

v.

ALLIANT SYSTEMS, LLC (terminated on 07/25/2023), SERVICE MASTER COMMERCIAL SOLUTIONS, LLC (terminated on 08/16/2022), and DETEMPLE COMPANY, INC.,

        Fourth-Party Defendants.

Pursuant to the parties' stipulated Motion to Dismiss, ECF [107],

It is adjudged that all remaining claims in this case and the consolidated matter are DISMISSED with prejudice and without fees or costs to any party.

DATED this 28th day of November, 2023.

_____
Adrienne Nelson
United States District Judge

2